**Twitter, Inc. (TWTR) (2019)**  **Barclift, Khafre**

## List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 10/21/2019 | Purchase | 1 | $39.3100 |