1  LATHAM & WATKINS LLP
   Michele D. Johnson (Bar No. 198298)
2      michele.johnson@lw.com
   650 Town Center Drive, 20th Floor
3  Costa Mesa, California 92626-1925
   Telephone: +1.714.540.1235
4  Facsimile: +1.714.755.8290

5  Elizabeth L. Deeley (Bar No. 230798)
       elizabeth.deeley@lw.com
6  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-6538
7  Telephone: +1.415.391.0600
   Facsimile: +1.415.395.8095
8
   Hilary H. Mattis (Bar No. 271498)
9      hilary.mattis@law.com
   140 Scott Drive
10 Menlo Park, CA 94025-1008
   Telephone: +1.650.328.4600
11 Facsimile: +1.650.463.2600

12 Andrew B. Clubok (*pro hac vice* to be filed)
       andrew.clubok@lw.com
13 555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004-1304
14 Telephone: +1.202.637.2200
   Facsimile: +1.202.637.2201
15
   Attorneys for Defendants *Twitter, Inc.,*
16 *Jack Dorsey and Ned Segal*

17

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                    SAN JOSE DIVISION

| | |
|---|---|
| 21  KHAFRE BARCLIFT, on behalf of himself and all others similarly situated | Case No.: 5:19-cv-07992-BLF |
| 22 | **NOTICE OF APPEARANCE** |
| 23           Plaintiff, | **HILARY H. MATTIS** |
| 24           v. | |
| 25  TWITTER, INC., JACK DORSEY, and NED SEGAL, | Hon: Beth Labson Freeman |
| 26           Defendant. | |

27

28

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

PLEASE TAKE NOTICE that Hilary H. Mattis of LATHAM & WATKINS LLP hereby enters her appearance in the above-captioned matter as counsel for Defendants Twitter, Inc. ("Twitter"), Jack Dorsey and Ned Segal. She respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the following address:

> Hilary H. Mattis
> Latham & Watkins LLP
> 140 Scott Drive
> Menlo Park, CA 94025-1008
> Telephone: +1.650.328.4600
> Facsimile: +1.650.463.2600
> Email: hilary.mattis@lw.com

DATED: December 18, 2019

LATHAM & WATKINS LLP

By:    */s/ Hilary H. Mattis*
Hilary H. Mattis
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
*hilary.mattis@lw.com*

Attorney for Defendants *Twitter, Inc., Jack Dorsey and Ned Segal*