| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Michele D. Johnson (Bar No. 198298) |
| 2 |    *michele.johnson@lw.com* |
| | 650 Town Center Drive, 20th Floor |
| 3 | Costa Mesa, California 92626-1925 |
| | Telephone: +1.714.540.1235 |
| 4 | Facsimile: +1.714.755.8290 |
| 5 | Elizabeth L. Deeley (Bar No. 230798) |
| |    *elizabeth.deeley@lw.com* |
| 6 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111-6538 |
| 7 | Telephone: +1.415.391.0600 |
| | Facsimile: +1.415.395.8095 |
| 8 | |
| | Hilary H. Mattis (Bar No. 271498) |
| 9 |    *hilary.mattis@law.com* |
| | 140 Scott Drive |
| 10 | Menlo Park, CA 94025-1008 |
| | Telephone: +1.650.328.4600 |
| 11 | Facsimile: +1.650.463.2600 |
| 12 | Andrew B. Clubok (*pro hac vice* to be filed) |
| |    *andrew.clubok@lw.com* |
| 13 | 555 Eleventh Street, N.W., Suite 1000 |
| | Washington, D.C. 20004-1304 |
| 14 | Telephone: +1.202.637.2200 |
| 15 | Attorneys for Defendant *Twitter, Inc.,* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KHAFRE BARCLIFT, on behalf of himself and all others similarly situated, | Case No.: 5:19-cv-07992-BLF |
| Plaintiff, | **TWITTER, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| TWITTER, INC., JACK DORSEY, and NED SEGAL, | Hon: Beth Labson Freeman |
| Defendants. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Twitter, Inc. ("Twitter") states that it is a publicly traded corporation, that it has no parent corporation, and that no other publicly held corporation owns 10% or more of Twitter's stock.

DATED: December 18, 2019                    LATHAM & WATKINS LLP

/s/ Michele D. Johnson
Michele D. Johnson (Bar No. 198298)
   michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Elizabeth L. Deeley (Bar No. 230798)
elizabeth.deeley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Hilary H. Mattis (Bar No. 271498)
   hilary.mattis@law.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Andrew B. Clubok (*pro hac vice* to be filed)
   andrew.clubok@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorneys for Defendant *Twitter, Inc.*