1  LATHAM & WATKINS LLP
   Michele D. Johnson (Bar No. 198298)
2     *michele.johnson@lw.com*
   650 Town Center Drive, 20th Floor
3  Costa Mesa, California 92626-1925
   Telephone: +1.714.540.1235
4  Facsimile: +1.714.755.8290

5  Elizabeth L. Deeley (Bar No. 230798)
      *elizabeth.deeley@lw.com*
6  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-6538
7  Telephone: +1.415.391.0600
   Facsimile: +1.415.395.8095
8
   Hilary H. Mattis (Bar No. 271498)
9     *hilary.mattis@law.com*
   140 Scott Drive
10 Menlo Park, CA 94025-1008
   Telephone: +1.650.328.4600
11 Facsimile: +1.650.463.2600

12 Andrew B. Clubok (*pro hac vice* to be filed)
      *andrew.clubok@lw.com*
13 555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004-1304
14 Telephone: +1.202.637.2200
   Facsimile: +1.202.637.2201
15
   Attorneys for Defendant *Twitter, Inc.,*
16

17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                          SAN JOSE DIVISION

| | |
|---|---|
| KHAFRE BARCLIFT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No.: 5:19-cv-07992-BLF<br><br>**TWITTER, INC.'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>Hon: Beth Labson Freemen |

Latham & Watkins LLP
Attorneys At Law
San Francisco

TWITTER, INC.'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
Case No.: 5:19-cv-07992-BLF

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil Local Rule 3-15, Twitter, Inc. certifies that, other than the named parties in this action, it knows of no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED:  December 18, 2019              LATHAM & WATKINS LLP

*/s/ Michele D. Johnson*
Michele D. Johnson (Bar No. 198298)
michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone:  +1.714.540.1235
Facsimile:  +1.714.755.8290

Elizabeth L. Deeley (Bar No. 230798)
elizabeth.deeley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Hilary H. Mattis (Bar No. 271498)
hilary.mattis@law.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Andrew B. Clubok (*pro hac vice* to be filed)
andrew.clubok@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorneys for Defendant *Twitter, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

TWITTER, INC.'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS
Case No.: 5:19-cv-07992-BLF