1  LATHAM & WATKINS LLP
   Michele D. Johnson (Bar No. 198298)
2      michele.johnson@lw.com
   650 Town Center Drive, 20th Floor
3  Costa Mesa, California 92626-1925
   Telephone: +1.714.540.1235
4  Facsimile: +1.714.755.8290

5  Elizabeth L. Deeley (Bar No. 230798)
       elizabeth.deeley@lw.com
6  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-6538
7  Telephone: +1.415.391.0600
   Facsimile: +1.415.395.8095
8
   Hilary H. Mattis (Bar No. 271498)
9      hilary.mattis@law.com
   140 Scott Drive
10 Menlo Park, CA 94025-1008
   Telephone: +1.650.328.4600
11 Facsimile: +1.650.463.2600

12 Andrew B. Clubok (*pro hac vice* to be filed)
       andrew.clubok@lw.com
13 555 Eleventh Street, N.W., Suite 1000
   Washington, D.C. 20004-1304
14 Telephone: +1.202.637.2200
   Facsimile: +1.202.637.2201
15

16 Attorneys for Defendant *Ned Segal*

17

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                    SAN JOSE DIVISION

21 | KHAFRE BARCLIFT, on behalf of himself | Case No.: 5:19-cv-07992-BLF |
   | and all others similarly situated, | |
22 | | **NED SEGAL'S CERTIFICATION OF** |
   | Plaintiff, | **INTERESTED PARTIES OR PERSONS** |
23 | | **PURSUANT TO CIVIL LOCAL RULE 3-1** |
   | v. | |
24 | | |
   | TWITTER, INC., JACK DORSEY, and NED | |
25 | SEGAL, | Hon: Beth Labson Freeman |
   | Defendants. | |
26 | | |

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SEGAL'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
Case No.: 5:19-cv-07992-BLF

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Civil Local Rule 3-15, Ned Segal certifies that, other than the named parties in this action, it knows of no persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

DATED:  December 18, 2019

LATHAM & WATKINS LLP

*/s/ Michele D. Johnson*
Michele D. Johnson (Bar No. 198298)
    michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone:  +1.714.540.1235
Facsimile:  +1.714.755.8290

Elizabeth L. Deeley (Bar No. 230798)
elizabeth.deeley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Hilary H. Mattis (Bar No. 271498)
    hilary.mattis@law.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Andrew B. Clubok (*pro hac vice* to be filed)
    andrew.clubok@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorneys for Defendant *Ned Segal*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

SEGAL'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
Case No.: 5:19-cv-07992-BLF