1

LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
2    *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
3 Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
4 Facsimile: +1.714.755.8290

5 Elizabeth L. Deeley (Bar No. 230798)
   *elizabeth.deeley@lw.com*
6 505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
7 Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

8

9 Hilary H. Mattis (Bar No. 271498)
   *hilary.mattis@law.com*
140 Scott Drive
10 Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
11 Facsimile: +1.650.463.2600

12 Andrew B. Clubok (*pro hac vice* to be filed)
   *andrew.clubok@lw.com*
13 555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
14 Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

15

16 Attorney for Defendants *Twitter, Inc.,
Jack Dorsey and Ned Segal*

17 *Additional Counsel on Signature Page*

18

19                UNITED STATES DISTRICT COURT

20             NORTHERN DISTRICT OF CALIFORNIA

21                   SAN JOSE DIVISION

22 KHAFRE BARCLIFT, on behalf of himself | Case No.: 5:19-cv-07992-BLF
and all others similarly situated,

23            | **STIPULATION AND [PROPOSED]
             Plaintiff, | ORDER EXTENDING TIME FOR ALL
24           | DEFENDANTS TO RESPOND TO
             v. | COMPLAINT AND CONTINUING
25           | CASE MANAGEMENT
TWITTER, INC., JACK DORSEY, and NED | CONFERENCE**
26 SEGAL, |
             Defendants. | (Civil L.R. 6-1, 6-2, 7-12)

27

28 | Hon: Beth Labson Freeman

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    **WHEREAS**, this action is a proposed class action alleging violations of the federal
2    securities laws against Twitter, Inc. ("Twitter"), Jack Dorsey and Ned Segal (collectively
3    "Defendants").

4    **WHEREAS**, absent an extension, Twitter would be due to answer, move, or otherwise
5    respond to the *Barclift* complaint on December 31, 2019;

6    **WHEREAS**, on December 5, 2019, this Court issued an Initial Case Management
7    Scheduling Order with ADR Deadlines, setting the Initial Case Management for April 30, 2020
8    (Dkts. 3, 6);

9    **WHEREAS**, Plaintiff provided notice to the Court that this case is related to *Hasan v.*
10   *Twitter, et. al.*, Case No. 4:19-cv-07149-YGR (Dkt. 1-3);

11   **WHEREAS**, both this action and the *Hasan* action assert claims under the Securities
12   Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of
13   1995 (the "PSLRA"). *See* 15 U.S.C. § 78u-4 et seq. Under 15 U.S.C. §78u- 4(b)(3)(B), absent a
14   court order, all discovery and other proceedings are stayed during the pendency of any motion to
15   dismiss. The PSLRA also provides for consolidation of all related actions and the appointment of
16   lead plaintiff and lead counsel. *See* 15 U.S.C. §78u-4(a)(3);

17   **WHEREAS**, the Reform Act provides for the appointment of a lead plaintiff to act on
18   behalf of the purported class, and further provides that the appointment of lead plaintiff shall not
19   be made until after a decision on a motion to consolidate is rendered (15 U.S.C. 78u-
20   4(a)(3)(B)(ii));

21   **WHEREAS**, the last day to file motions to serve as lead plaintiff in the *Hasan* action, the
22   first-filed action, is December 30, 2019. (*Hasan* Dkts. 5, 7);

23   **WHEREAS**, the parties expect a consolidated complaint will be filed after the
24   determination of the lead plaintiff motions in *Hasan*;

25   **WHEREAS**, Defendants anticipate filing motions to dismiss the claims asserted against
26   them in response to the consolidated complaint and the parties stipulate and submit below a
27   briefing schedule to the Court in connection with any such motions;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                    STIP. AND [PROPOSED] ORDER TO EXTEND
                     TIME TO RESPOND TO COMPLAINT AND
                     CONTINUING CMC
                     Case No.: 5:19-cv-07992-BLF

1   **WHEREAS**, because the special procedures specified in the Reform Act contemplate (i)
2   the consolidation of similar actions, (ii) appointment of lead plaintiff, and (iii) the filing of a
3   single consolidated complaint by lead plaintiff and counsel to be appointed by the Court,
4   requiring Defendants to respond to the *Barclift* complaint by the current response dates would
5   result in the needless expenditure of private and judicial resources;

6   **WHEREAS**, counsel for the plaintiffs and defendants in the above-captioned action
7   respectfully submit that good cause exists to vacate the existing April 30, 2020 initial case
8   management conference and associated ADR deadlines until such time as the Court has the
9   opportunity to rule on the appointment of lead plaintiff and approval of lead counsel.

10   IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel
11   for the parties, that:

12   1.   Defendants do not have to answer, move or otherwise respond to the *Barclift*
13   complaint;

14   2.   This action should be related to *Hasan v. Twitter, et. al.*, Case No. 4:19-cv-07149-
15   YGR;

16   3.   Within 45 days following the appointment of Lead Plaintiff in the *Hasan* action, a
17   consolidated complaint will be filed;

18   4.   Defendants shall move, answer or otherwise respond to the consolidated
19   complaint within 45 days after the consolidated complaint is filed and served;

20   5.   Lead Plaintiff shall file any opposition to any motion to dismiss within 45 days of
21   Defendants' response to the consolidated complaint;

22   6.   Defendants shall file any reply in support of any motion to dismiss within 30 days
23   of Lead Plaintiff's opposition.

24   7.   The Initial Case Management Conference scheduled for April 30, 2020 be
25   vacated, along with any associated deadlines under the Federal Riles of Civil Procedures and the
26   Local Civil Rules for the United States District Court for the Northern District of California and

27

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT AND
CONTINUING CMC
Case No.: 5:19-cv-07992-BLF

1    all associated ADR Multi-Option Program deadlines, to be rescheduled for a date after the Court

2    has the opportunity to rule on the appointment of lead plaintiff and approval of lead counsel.

3

4    DATED:  December 18, 2019                    LATHAM & WATKINS LLP

5                                                */s/ Michele D. Johnson*
                                                 Michele D. Johnson (Bar No. 198298)
6                                                   michele.johnson@lw.com
                                                 650 Town Center Drive, 20th Floor
7                                                Costa Mesa, California 92626-1925
                                                 Telephone:  +1.714.540.1235
8                                                Facsimile:  +1.714.755.8290

9                                                Elizabeth L. Deeley (Bar No. 230798)
                                                 elizabeth.deeley@lw.com
10                                               505 Montgomery Street, Suite 2000
                                                 San Francisco, California 94111-6538
11                                               Telephone: +1.415.391.0600
                                                 Facsimile: +1.415.395.8095
12
                                                 Hilary H. Mattis (Bar No. 271498)
13                                                  hilary.mattis@law.com
                                                 140 Scott Drive
14                                               Menlo Park, CA 94025-1008
                                                 Telephone: +1.650.328.4600
15                                               Facsimile: +1.650.463.2600

16                                               Andrew B. Clubok (*pro hac vice* to be filed)
                                                    andrew.clubok@lw.com
17                                               555 Eleventh Street, N.W., Suite 1000
                                                 Washington, D.C. 20004-1304
18                                               Telephone: +1.202.637.2200
                                                 Facsimile: +1.202.637.2201
19
                                                 Attorneys for Defendants *Twitter, Inc.,*
20                                               *Jack Dorsey and Ned Segal.*

21

22   DATED:  December 18, 2019                    POMERANTZ LLP

23                                               /s/J. Alexander Hood
                                                  Jeremy A Lieberman
24                                                J. Alexander Hood
                                                    jalieberman@pomlaw.com
25                                                  ahood@pomlaw.com
                                                 600 Third Avenue, 20th Floor
26                                               New York, NY 10016
                                                 Telephone: +1.212.661.1100
27                                               Facsimile: +1.212.661.8665

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3          STIP. AND [PROPOSED] ORDER TO EXTEND
           TIME TO RESPOND TO COMPLAINT AND
           CONTINUING CMC
           Case No.: 5:19-cv-07992-BLF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Jennifer Pafiti (CA Bar No. 282790)
    *jpafiti@pomlaw.com*
1100 Glendon Avenue, Suite 1558
Los Angeles, CA 90024
Telephone:  +1.310.405.7190

Attorneys for Plaintiff *Khafre Barclift*

4

STIP. AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT AND
CONTINUING CMC
Case No.: 5:19-cv-07992-BLF

1    PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3    DATED:                                    _____

4                                              Hon. Beth Labson Freeman
                                               United States District Court Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5                                              STIP. AND [PROPOSED] ORDER TO EXTEND
                                               TIME TO RESPOND TO COMPLAINT AND
                                               CONTINUING CMC
                                               Case No.: 5:19-cv-07992-BLF

| | |
|---|---|
| 1 | **SIGNATURE ATTESTATION** |
| 2 |     I am the ECF User whose identification and password are being used to file the foregoing |
| 3 | Stipulation and [Proposed] Order Extending Time for All Defendants to Respond to Complaint |
| 4 | and Continuing Case Management Conference. Pursuant to L.R 5-1(i)(3) regarding signatures, I, |
| 5 | Michele D. Johnson, attest that concurrence in the filing of this document has been obtained. |
| 6 | |
| 7 | DATED:  December 18, 2019 |
| 8 | |

                                                        */s/ Michele D. Johnson*
                                                        Michele D. Johnson

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIP. AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT AND
CONTINUING CMC
Case No.: 5:19-cv-07992-BLF