United States District Court
Northern District of California

1
2
3

# UNITED STATES DISTRICT COURT

4

## NORTHERN DISTRICT OF CALIFORNIA

5

### SAN JOSE DIVISION

6
7

KHAFRE BARCLIFT,

8

              Plaintiff,

9

     v.

10

TWITTER, INC., et al.,

11

              Defendants.

Case No. 19-cv-07992-BLF

**ORDER REGARDING STIPULATION TO EXTEND TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE**

[Re: ECF 15]

12
13

Before the Court is the parties' Stipulation for Extending Time for All Defendants to

14

Respond to Complaint and Continuing Case Management Conference. ECF 15. The parties inform

15

the Court, for the first time, that the above-captioned case "should be related" to *Hasan v. Twitter,*

16

*et. al.*, Case No. 4:19-cv-07149-YGR. First, no "administrative motion to consider whether cases

17

should be related" has been filed in either case pursuant to Civil Local Rule 3-12(b). Second, this

18

Court – assigned to the higher-numbered case – does not decide the issue of relatedness. *See* Civ.

19

L. R. 13-2(f). In any event, the Court has *sua sponte* referred this case to the Honorable Yvonne

20

Gonzalez Rogers for a determination of whether these cases are related. ECF 16.

21

Accordingly, the parties' stipulation at ECF 15 is DENIED WITHOUT PREJUDICE. The

22

Court hereby extends the time for all Defendants to respond to Complaint to **January 30, 2020**.

23
24

**IT IS SO ORDERED.**

25
26

Dated: December 19, 2019

27

_____
BETH LABSON FREEMAN
United States District Judge

28