**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Phone: 310-405-7190
Email: jpafiti@pomlaw.com

Attorney for Plaintiff

(additional counsel on signature page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| KHAFRE BARCLIFT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No. 5:19-CV-07992-BLF<br><br>CLASS ACTION<br><br>**NOTICE OF PUBLICATION OF PRESS RELEASE** |

PLEASE TAKE NOTICE that Plaintiff Khafre Barclift ("Plaintiff") hereby states that on December 9, 2019 following the filing of the above-captioned action, Plaintiff's counsel, Pomerantz LLP, caused to be published on Globe Newswire a press release announcing the pendency of the above-captioned action, the claims asserted therein, and the putative class period (the "Notice"), pursuant to the requirements of the Private Securities Litigation Reform Act, 15 U.S.C. § 78u 4(a)(3)(A) and Civil L.R. 23-1(a).  A true and correct copy of the Notice is attached hereto as Exhibit A.

Dated: December 26, 2019                     Respectfully submitted,

                                                        **POMERANTZ LLP**

                                                        */s/ Jeremy A. Lieberman*

| | |
|---|---|
| 1 | Jeremy A. Lieberman (*Admitted Pro Hac Vice*) |
| 2 | J. Alexander Hood II<br>600 Third Avenue, Floor 20 |
| 3 | New York, New York 10016<br>Phone: 212-661-1100 |
| 4 | Fax: 917-463-1044<br>Email: jalieberman@pomlaw.com |
| 5 | ahood@pomlaw.com |
| 6 | **POMERANTZ LLP**<br>Jennifer Pafiti |
| 7 | 1100 Glendon Avenue, 15th Floor<br>Los Angeles, California 90024 |
| 8 | Phone: 310-405-7190<br>Email: jpafiti@pomlaw.com |
| 9 | **POMERANTZ LLP** |
| 10 | Patrick V. Dahlstrom<br>Ten South La Salle Street, Suite 3505 |
| 11 | Chicago, Illinois 60603<br>Telephone: 312-377-1181 |
| 12 | Fax: 312-229-8811<br>Email: pdahlstrom@pomlaw.com |
| 13 | **BRONSTEIN, GEWIRTZ** |
| 14 | **& GROSSMAN, LLC**<br>Peretz Bronstein |
| 15 | 60 East 42nd Street, Suite 4600<br>New York, NY 10165 |
| 16 | Telephone: 212-697-6484<br>Fax: 212-697-7296 |
| 17 | Email: peretz@bgandg.com |
| 18 | *Attorneys for Plaintiff* |