LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Elizabeth L. Deeley (Bar No. 230798)
  *elizabeth.deeley@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Hilary H. Mattis (Bar No. 271498)
  *hilary.mattis@law.com*
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Andrew B. Clubok (*pro hac vice* to be filed)
  *andrew.clubok@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorneys for Defendants *Twitter, Inc., Jack Dorsey and Ned Segal*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KHAFRE BARCLIFT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendant. | Case No.: 4:19-cv-07992-YGR<br><br>**DECLARATION OF HILARY H. MATTIS IN SUPPORT OF STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Hon: Yvonne Gonzalez Rogers |

I, Hilary H. Mattis, hereby declare as follows:

1. I am an attorney admitted to practice law in the state of California and an associate at Latham & Watkins LLP, counsel of record for defendants Twitter, Inc., Jack Dorsey and Ned Segal ("Defendants") in the above-captioned action. I submit this declaration in support of the parties' Stipulation Extending Time for All Defendants to Respond to Complaint and Continuing Case Management Conference. I make this declaration based on my personal knowledge.

2. On January 3 and 7, 2020, I communicated by electronic mail with Alex Hood, counsel for Plaintiff Khafre Barclift, about the time to respond to the complaint filed in this action and the impending case management deadlines.

3. All parties are in agreement that Defendants' time to respond to the complaint (Dkt. 18) as well as the case management deadlines, including those deadlines set forth in the January 2, 2020 Order Relating *Barclift* to *Hasan* (Dkt. 20) should be extended for the reasons set forth in the accompanying stipulation.

4. This is the second extension of time the parties are requesting.

5. No other deadlines in this action will be affected by this extension other than those specified in the accompanying stipulation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th Day of January 2020, in Menlo Park, California.

*/s/ Hilary H. Mattis*
Hilary H. Mattis

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Declaration of Hilary H. Mattis in Support of Stipulation Extending Time for All Defendants to Respond to Complaint and Continuing Case Management Conferences.  Pursuant to L.R 5-1(i)(3) regarding signatures, I, Michele D. Johnson, attest that concurrence in the filing of this document has been obtained.

DATED:  January 7, 2020                                          */s/ Michele D. Johnson*
                                                                                      Michele D. Johnson