POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant
and Proposed Lead Counsel for the Class*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KHAN M. HASAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No.: 4:19-cv-07149-YGR<br><br>NOTICE OF WITHDRAWAL OF NOTICE OF NON-OPPOSITION OF THE WESTON FAMILY PARTNERSHIP LLLP TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u> |
| KHAFRE BARCLIFT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No.: 5:19-cv-07992-YGR<br><br><u>CLASS ACTION</u> |

On January 8, 2020, due to a clerical error, lead plaintiff movant the Weston Family Partnership LLLP (the "Weston Family Partnership") filed a Notice of Non-Opposition to Competing Motions for Appointment as Lead Plaintiff and Approval of Counsel (the "Notice of Non-Opposition"), erroneously stating that "the Weston Family Partnership does not appear to have the largest financial interest in this litigation within the meaning of the PSLRA."  Dkt. No. 35.

The Weston Family Partnership hereby withdraws its Notice of Non-Opposition.

Dated:  January 13, 2020            Respectfully submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant*

# PROOF OF SERVICE

I hereby certify that on January 13, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              */s/ Jennifer Pafiti*
                                              Jennifer Pafiti

2
NOTICE OF WITHDRAWAL OF NOTICE OF NON-OPPOSITION OF THE WESTON FAMILY PARTNERSHIP LLLP TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - 4:19-cv-07149-YGR; 5:19-cv-07992-YGR