LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
  michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: +1.714.540.1235
Facsimile: +1.714.755.8290

Elizabeth L. Deeley (Bar No. 230798)
  elizabeth.deeley@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Hilary H. Mattis (Bar No. 271498)
  hilary.mattis@law.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Andrew B. Clubok (*pro hac vice* to be filed)
  andrew.clubok@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorney for Defendants *Twitter, Inc., Jack Dorsey and Ned Segal*

*Additional Counsel on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KHAFRE BARCLIFT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No.: 4:19-cv-07992-YGR<br>**ORDER GRANTING STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Hon: Yvonne Gonzalez Rogers |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO COMPLAINT
Case No.: 4:19-cv-07992-YGR

1   **WHEREAS**, this action is a proposed class action alleging violations of the federal securities laws against Twitter, Inc. ("Twitter"), Jack Dorsey and Ned Segal (collectively "Defendants").

4   **WHEREAS**, absent an extension, Twitter would be due to answer, move, or otherwise respond to the *Barclift* complaint on January 30, 2020 (Dkt. 18);

6   **WHEREAS**, on January 2, 2020, this Court related *Barclift* to *Hasan v. Twitter, Inc., et. al.*, Case No. 19-cv-07149-YGR. The order also vacated the current Case Management Conference, but left in place all ADR Local Rules deadlines (Dkt. 20);

9   **WHEREAS**, both this action and the *Hasan* action assert claims under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. § 78u-4 et seq. Under 15 U.S.C. §78u- 4(b)(3)(B), absent a court order, all discovery and other proceedings are stayed during the pendency of any motion to dismiss. The PSLRA also provides for consolidation of all related actions and the appointment of lead plaintiff and lead counsel. *See* 15 U.S.C. §78u-4(a)(3);

15   **WHEREAS**, the Reform Act provides for the appointment of a lead plaintiff to act on behalf of the purported class, and further provides that the appointment of lead plaintiff shall not be made until after a decision on a motion to consolidate is rendered (15 U.S.C. 78u-4(a)(3)(B)(ii));

19   **WHEREAS**, on December 30, 2019, three Motions to Consolidate and Appointment of Lead Plaintiff were filed in the *Hasan* action, which seek to consolidate the *Hasan* and *Barclift* actions. (*Hasan* Dkts. 26, 28 and 31);

22   **WHEREAS**, the parties expect a consolidated complaint will be filed after the determination of the lead plaintiff motions in *Hasan*;

24   **WHEREAS**, Defendants anticipate filing motions to dismiss the claims asserted against them in response to the consolidated complaint and the parties stipulate and submit below a briefing schedule to the Court in connection with any such motions;

27   **WHEREAS**, because the special procedures specified in the Reform Act contemplate (i) the consolidation of similar actions, (ii) appointment of lead plaintiff, and (iii) the filing of a

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT
Case No.: 4:19-cv-07992-YGR

single consolidated complaint by lead plaintiff and counsel to be appointed by the Court, requiring Defendants to respond to the *Barclift* complaint by the current response dates would result in the needless expenditure of private and judicial resources;

**WHEREAS**, counsel for the plaintiffs and defendants in the above-captioned action respectfully submit that good cause exists to put the *Barclift* and *Hasan* actions on the same schedule and vacate all ADR deadlines until such time as the Court has the opportunity to rule on the appointment of lead plaintiff and approval of lead counsel.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that:

1. Defendants do not have to answer, move or otherwise respond to the *Barclift* complaint;

2. Within 45 days following the appointment of Lead Plaintiff in the *Hasan* action, a consolidated complaint will be filed;

3. Defendants shall move, answer or otherwise respond to the consolidated complaint within 45 days after the consolidated complaint is filed and served;

4. Lead Plaintiff shall file any opposition to any motion to dismiss within 45 days of Defendants' response to the consolidated complaint;

5. Defendants shall file any reply in support of any motion to dismiss within 30 days of Lead Plaintiff's opposition.

7. All associated ADR Multi-Option Program deadlines, to be rescheduled for a date after the Court has the opportunity to rule on the appointment of lead plaintiff and approval of lead counsel.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT
Case No.: 4:19-cv-07992-YGR

| | | |
|---|---|---|
| 1 | DATED: January 7, 2020 | LATHAM & WATKINS LLP |
| 2 | | */s/ Michele D. Johnson* |
| | | Michele D. Johnson (Bar No. 198298) |
| 3 | | michele.johnson@lw.com |
| | | 650 Town Center Drive, 20th Floor |
| 4 | | Costa Mesa, California 92626-1925 |
| | | Telephone: +1.714.540.1235 |
| 5 | | Facsimile: +1.714.755.8290 |
| 6 | | Elizabeth L. Deeley (Bar No. 230798) |
| | | elizabeth.deeley@lw.com |
| 7 | | 505 Montgomery Street, Suite 2000 |
| | | San Francisco, California 94111-6538 |
| 8 | | Telephone: +1.415.391.0600 |
| | | Facsimile: +1.415.395.8095 |
| 9 | | |
| 10 | | Hilary H. Mattis (Bar No. 271498) |
| | | hilary.mattis@law.com |
| 11 | | 140 Scott Drive |
| | | Menlo Park, CA 94025-1008 |
| 12 | | Telephone: +1.650.328.4600 |
| | | Facsimile: +1.650.463.2600 |
| 13 | | Andrew B. Clubok (*pro hac vice* to be filed) |
| | | andrew.clubok@lw.com |
| 14 | | 555 Eleventh Street, N.W., Suite 1000 |
| | | Washington, D.C. 20004-1304 |
| 15 | | Telephone: +1.202.637.2200 |
| | | Facsimile: +1.202.637.2201 |
| 16 | | |
| 17 | | Attorneys for Defendants *Twitter, Inc., Jack Dorsey and Ned Segal.* |
| 18 | | |
| 19 | DATED: January 7, 2020 | POMERANTZ LLP |
| 20 | | /s/*J. Alexander Hood* |
| 21 | | Jeremy A Lieberman |
| | | J. Alexander Hood |
| 22 | | jalieberman@pomlaw.com |
| | | ahood@pomlaw.com |
| 23 | | 600 Third Avenue, 20th Floor |
| | | New York, NY 10016 |
| 24 | | Telephone: +1.212.661.1100 |
| | | Facsimile: +1.212.661.8665 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT
Case No.: 4:19-cv-07992-YGR

Jennifer Pafiti (CA Bar No. 282790)
  *jpafiti@pomlaw.com*
1100 Glendon Avenue, Suite 1558
Los Angeles, CA 90024
Telephone: +1.310.405.7190

Attorneys for Plaintiff *Khafre Barclift*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT
Case No.: 4:19-cv-07992-YGR

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3  DATED:   January 17, 2020

4  _____
   Hon. Yvonne Gonzalez Rogers
   United States District Court Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIP. AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT
Case No.: 4:19-cv-07992-YGR

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Extending Time for All Defendants to Respond to Complaint and Continuing Case Management Conference. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Michele D. Johnson, attest that concurrence in the filing of this document has been obtained.

DATED: January 7, 2020              */s/ Michele D. Johnson*
                                    Michele D. Johnson

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

STIP. AND [PROPOSED] ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT
Case No.: 4:19-cv-07992-YGR