UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KHAN M. HASAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No.: 4:19-cv-07149-YGR<br><br>STIPULATION AND [PROPOSED] ORDER APPOINTING CO-LEAD PLAINTIFFS AND APPROVING CO-LEAD COUNSEL<br><br>CLASS ACTION<br><br>Date: February 4, 2020<br>Time: 2:00 p.m.<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1 – 4th Floor |
| KHAFRE BARCLIFT, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | Case No.: 4:19-cv-07992-YGR<br><br>CLASS ACTION |

Pursuant to Civil L.R. 7-12, the undersigned parties, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the statutory deadline to seek appointment as Lead Plaintiff in the above-captioned actions (the "Related Actions") pursuant to Exchange Act Section 21D(a)(3)(B), as amended by the

Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), was December 30, 2019;

WHEREAS, the following putative class members filed motions that day seeking appointment as Lead Plaintiff and approval of their respective selections of Lead Counsel: (i) the Weston Family Partnership LLLP (the "Weston Family Partnership") (ECF. No. 28); (ii) Thomas Do, Michael J. Conroy, and Richard Slepko (the "Twitter Investor Group") (ECF. No. 31); and (iii) Hakam Altohol ("Altohol") (ECF. No. 26);

WHEREAS, pursuant to Civil L.R. 7-3(a), any oppositions to the foregoing motions were due to be filed on January 13, 2020;

WHEREAS, on January 8, 2020, due to a clerical error, a notice was erroneously filed stating that the Weston Family Partnership did not oppose the competing motions before the Court (ECF. No. 35);

WHEREAS, on January 10, 2020, Altohol filed a notice of non-opposition to the competing motions (ECF. No. 36);

WHEREAS, on January 13, 2010, the Twitter Investor Group filed a notice that its motion was unopposed (ECF No. 37);

WHEREAS, also on January 13, 2020, upon discovery of the aforementioned clerical error, the Weston Family Partnership withdrew its statement of non-opposition (ECF. No. 38) and filed a memorandum of law in further support of its own appointment and in opposition to the appointment of the Twitter Investor Group (the "Opposition Brief") (ECF. No. 39);

WHEREAS, its counsel having communicated with the Twitter Investor Group's counsel, the Weston Family Partnership's concerns stated in its Opposition Brief regarding the Twitter Investor Group's adequacy within the meaning of Rule 23 have been addressed and the Twitter Investor Group's concerns regarding the Weston Family Partnership's counsel's clerical error have similarly been addressed;

WHEREAS, as required by the PSLRA, both the Weston Family Partnership and the Twitter Investor Group have: (i) alleged significant financial interests in this litigation; and (ii) made a *prima facie* showing that they satisfy the adequacy and typicality requirements of Rule 23;

WHEREAS, on January 21, 2020, Weston Family Partnership and the Twitter Investor conducted a conference call and agreed that the interests of the putative class will be best served by a combined group, utilizing the resources of both movants and their respective selections of counsel—for the Weston Family Partnership, Pomerantz LLP ("Pomerantz"), and for the Twitter Investor Group, Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") and Levi & Korsinsky, LLP ("Levi & Korsinsky");

WHEREAS, the Weston Family Partnership and the Twitter Investor Group agreed to work together to supervise the conduct of this litigation by their counsel, to ensure that counsel coordinate appropriately to avoid any duplication of effort in the conduct of the litigation, and to obtain the best possible outcome for the putative class of investors;

IT IS HEREBY STIPULATED, that subject to the Court's approval, the Weston Family Partnership and the Twitter Investor Group agree to serve as Co-Lead Plaintiffs in the Action, with their respective choices of counsel, Pomerantz and Kaplan Fox, serving as Co-Lead Counsel, and Levi & Korsinsky serving as additional counsel for the putative Class. Pomerantz, Kaplan Fox, and Levi & Korsinsky shall maintain contemporaneous billing records of all time spent litigating the case and shall provide the Court with updates as to such billing as the Court may instruct. No other law firms shall work on this action for the putative class without prior approval of the Court.

Respectfully submitted,

Dated: January 21, 2020

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024

|   |   |
|---|---|
| 1 | Telephone: (310) 405-7190 |
|   | jpafiti@pomlaw.com |
| 2 |   |
| 3 | POMERANTZ LLP |
|   | Jeremy A. Lieberman |
| 4 | (*admitted pro hac vice*) |
|   | J. Alexander Hood II |
| 5 | (*admitted pro hac vice*) |
|   | 600 Third Avenue, 20th Floor |
| 6 | New York, NY 10016 |
| 7 | Telephone: (212) 661-1100 |
|   | Facsimile: (212) 661-8665 |
| 8 | jalieberman@pomlaw.com |
|   | ahood@pomlaw.com |
| 9 |   |
| 10 | *Counsel for the Weston Family Partnership LLLP and Proposed Co-Lead Counsel for the Class* |
| 11 |   |
| 12 | KAPLAN FOX & KILSHEIMER LLP |
|   | Dated: January 21, 2020 |
| 13 | /s/ Laurence D. King |
| 14 | Laurence D. King (SBN 206423) |
|   | Mario M. Choi (SBN 243409) |
| 15 | 1999 Harrison Street, Suite 1560 |
|   | Oakland, California 94612 |
| 16 | Telephone: (415) 772-4700 |
| 17 | Facsimile: (415) 772-4707 |
|   | lking@kaplanfox.com |
| 18 | mchoi@kaplanfox.com |
| 19 | KAPLAN FOX & KILSHEIMER LLP |
| 20 | Robert N. Kaplan |
|   | (*pro hac vice application forthcoming*) |
| 21 | Frederic S. Fox |
|   | (*pro hac vice application forthcoming*) |
| 22 | Donald R. Hall |
| 23 | (*pro hac vice application forthcoming*) |
|   | Jeffrey P. Campisi |
| 24 | (*pro hac vice application forthcoming*) |
|   | 850 Third Avenue |
| 25 | New York, New York 10022 |
| 26 | Telephone: (212) 687-1980 |
|   | Facsimile: (212) |
| 27 | rkaplan@kaplanfox.com |
|   | ffox@kaplanfox.com |
| 28 | dhall@kaplanfox.com |
|   | jcampisi@kaplanfox.com |

*Counsel for the Twitter Investor Group and Proposed Co-Lead Counsel for the Class*

Dated: January 21, 2020

LEVI & KORSINSKY, LLP

/s/ Adam C. McCall
Adam C. McCall (SBN 302130)
Adam Apton (SBN 316506)
388 Market Street, Suite 1300
San Francisco, California 94104
Telephone: (415) 373-1671
Email: amccall@zlk.com
Email: aapton@zlk.com

LEVI & KORSINSKY, LLP
Shannon L. Hopkins
(*pro hac vice application forthcoming*)
111 Summer Street, Suite 403
Stamford, Connecticut 06905
Telephone: (203) 992-4523
Facsimile: (213) 363-7171
Email: shopkins@zlk.com

*Counsel for the Twitter Investor Group and Proposed Additional Counsel for the Class*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE

I hereby certify that on January 21, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

/s/ Jennifer Pafiti
_____
Jennifer Pafiti