AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| KHAFRE BARCLIFT, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:19-cv-07992-YGR |
| TWITTER, INC., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lead Plaintiff Movant The Weston Family Partnership LLLP.

Date:   02/04/2020

/s/ Jordan L. Lurie
*Attorney's signature*

Jordan L. Lurie  State Bar # 130013
*Printed name and bar number*

Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024

*Address*

jllurie@pomlaw.com
*E-mail address*

(310) 405-7190
*Telephone number*

(917) 463-1044
*FAX number*