**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KHAN M. HASAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | No. 4:19-cv-07149-YGR<br><br>CLASS ACTION<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] **ORDER CONSOLIDATING THE ACTIONS, APPOINTING CO-LEAD PLAINTIFFS, AND APPROVING CO-LEAD COUNSEL**<br><br>* as modified by the Court * |
| KHAFRE BARCLIFT, on behalf of himself and all other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., JACK DORSEY, and NED SEGAL,<br><br>Defendants. | No. 4:19-cv-07992-YGR |

Before this Court are multiple motions for consolidation of the actions, appointment as lead plaintiff, and approval of lead counsel. (Dkt. Nos. 26, 28, 31.) On January 10, 2020, movant Hakam Altohol filed a notice of non-opposition to the competing motions. (Dkt. No. 36.) On January 21, 2020, the two remaining movants, the Weston Family Partnership LLLP and the Twitter Investor Group, filed a stipulation and proposed order appointing them as co-lead plaintiffs and approving co-lead counsel. (Dkt. No. 40.) The Court, having considered the motions, the accompanying memoranda and declarations, and the stipulation, hereby **ORDERS** as follows:

1. Consolidation pursuant to Federal Rule of Civil Procedure 42(a) is proper where actions involve common questions of law or fact. Finding that the above-captioned matters involve common questions of law and fact, the Court consolidates the above matters for all purposes. This order shall apply to this action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the action.

2. A Master File is established for this proceeding. The Master File shall be Civil Action No. 4:19-cv-07149-YGR. Every pleading in the consolidated action, or any action that is related to the consolidated action, shall bear the following caption:

| IN RE TWITTER, INC. SECURITIES LITIGATION | Civil Action No. 4:19-cv-07149-YGR |
|---|---|
|  | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: | [TITLE OF DOCUMENT] |

3. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When the document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action.

4. All orders, pleadings, motions and other documents shall, when filed and docketed in the Master File, shall be deemed filed and docketed in each individual case to the extent applicable. When an order, pleading, motion or document is filed with a caption indicating that it is applicable to fewer

than all individual actions in the Consolidated Action, the parties shall file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referenced.

5. The stipulation to appoint co-lead plaintiffs and approving co-lead counsel is **GRANTED**. Pursuant to the stipulation, the Weston Family Partnership and the Twitter Investor Group shall serve as co-lead plaintiffs in the action, with their respective choices of counsel, Pomerantz and Kaplan Fox, serving as co-lead counsel, and Levi & Korsinsky serving as additional counsel for the putative class. Pomerantz, Kaplan Fox, and Levi & Korsinsky shall maintain contemporaneous billing records of all time spent litigating the case and shall provide the Court with updates as to such billing as the Court may instruct. No other law firms shall work on this action for the putative class without prior approval of the Court.

This Order terminates Docket Numbers 26, 28, 31, 40.

IT IS SO ORDERED.

Dated: February 12, 2020

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE